**LAWRENCE E. MITTIN, ESQ.**
Nevada Bar #5428
**CRAIG P. KENNY & ASSOCIATES**
501 S. 8th Street
Las Vegas, NV 89101
(702) 380-2800
litigation@cpklaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAVANNAH MCMURTRY,<br><br>  Plaintiff,<br><br>v.<br><br>BERTHA ZEPEDA LOERA; FD NEVADA, LLC, d/b/a FAMOUS DAVE'S, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | CASE NO. 2:19-cv-01285-GMN- DJA |

**STIPULATION TO STAY DISCOVERY PENDING FINAL SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff SAVANNAH McMURTRY and Defendants BERTHA ZEPEDA LOERA and FD NEVADA, LLC dba FAMOUS DAVE'S, (collectively, the "Parties"), by and through their respective undersigned counsel, the Parties hereby jointly move this Court to stay all discovery proceedings in Case No.: 2:19-cv-01285 in the United States District Court of Nevada, pending final settlement with all Potential Claimants.

The subject cases arises out of a motor vehicle collision which occurred on April 28, 2018 between Plaintiff SAVANNAH McMURTRY's vehicle and the vehicle driven by Defendant BERTHA ZEPEDA LOERA. As a result of the subject collision, numerous individuals, including, but not limited to, Plaintiff SAVANNAH McMURTRY, have claimed injury and made injury claims to BERTHA ZEPEDA LOERA, FD NEVADA, LLC dba FAMOUS DAVE'S and their respective insurance carrier. After the subject lawsuit was filed, and this case was removed to Federal Court by the Defendants, the Defendants BERTHA ZEPEDA LOERA, FD NEVADA, LLC dba FAMOUS DAVE'S, and their

1

respective insurance carriers agreed to tender their full insurance policy limits to all potential claimants to settle all claims arising out of the subject collision.

Plaintiff SAVANNAH McMURTRY has agreed to this settlement as to the limits tendered. Yet, those potential claimants, including Plaintiff SAVANNAH McMURTRY, have not yet agreed on how to allocate the insurance policy limits that the Defendants and their insurance carriers have agreed to pay to all claimants, amongst themselves. Plaintiff, SAVANNAH McMURTRY, and the other claimants are currently negotiating the allocation of the insurance policy limits and are scheduled for Mediation on January 29, 2020 to resolve any disputes on how to allocate those insurance policy limits.  As such, the Parties are requesting a 120 day continuance of the discovery in the instant case while the allocation of the proceeds is negotiated amongst the Plaintiff and the other potential claimants at the January 29, 2020 Mediation.

A. All pending discovery pleading deadlines are hereby stayed in Case No.: 2:19-cv-01285 in the United States District Court of Nevada, effective immediately, for 120 days. Such stay shall remain in place for 120 days until all Potential Claimants agree to sign the final settlement agreement with FD NEVADA, LLC d/b/a FAMOUS DAVE'S and its respective insurance carriers.

B. All Parties shall act in good faith with respect to attempting to obtain a final agreement from all potential claimants on the allocation of the insurance policy limits to the different claimants.

C. No discovery, pleadings, rulings of the Court, shall occur during this time period, not limited to but including pleadings which would require any responsive pleadings from ay other party herein.

///
///
///
///
///
///
///
///

2

D.  If the Parties are unable to resolve this matter with all potential claimants within the 120 days, the parties will reconvene and proceed with the pending case.

IT IS SO STIPULATED.

DATED this 12th day of December, 2019.          DATED this 12th day of December, 2019.

**CRAIG P. KENNY & ASSOCIATES**                    **RESNICK & LOUIS, P.C.**

*/s/ Lawrence E. Mittin, Esq.*                     */s/ Troy A. Clark, Esq.*

**LAWRENCE E. MITTIN, ESQ.**                       **TROY A. CLARK, ESQ.**
Nevada Bar #5428                                    Nevada Bar #11361
501 S. 8th Street                                   8925 W. Russell Road, Ste. 220
Las Vegas, NV 89101                                 Las Vegas, NV 89148
Attorney for Plaintiff                              Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that Stipulation by the Parties is affirmed and adopted.

IT IS FURTHER ORDERED that all discovery proceedings in this matter are stayed as agreed by the Parties.

IT IS FURTHER ORDERED that the discovery deadlines will be continued as agreed by the Parties herein, and that the Parties will act with respect to the Negotiations regarding settlement and the stay of proceedings as agreed to by the Parties herein.

IT IS FURTHER ORDERED that the parties shall file a joint status report by January 30, 2020 regarding the status of settlement.

IT IS FURTHER ORDERED that the stay is automatically lifted on April 13, 2020.

DATED this 13th day of December, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge